## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ROSA W. SCARCELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket no. 2:12-cv-72-GZS |
| | ) |
| PAMELA W. GLEICHMAN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PROCEDURAL ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION

On March 21, 2012, Plaintiff filed the pending Motion for Preliminary Injunction (Docket # 7). Defendant's response to the Motion was due on April 11, 2012. As of this date, Defendant has not filed a response or answered the Amended Complaint. As a result, default was entered on April 19, 2012 (Docket # 23).

By no later than the close of business on April 24, 2012, Plaintiff shall file the following:

(1) proof that the Motion for Preliminary Injunction has been served on Defendant in the same manner outlined in the March 26, 2012 Order for Service by Alternative Means (Docket #s 15 & 16); and

(2) a proposed order granting the preliminary injunction that complies with the requirements of Federal Rules of Civil Procedure 52(a)(2) and 65(d)(1). Plaintiff's proposed order shall propose at least nominal security to comply with Rule 65(c) or otherwise explain the Court's authority for granting the motion without security despite the clear language of the Rule.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 20th day of April, 2012.